# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

<u>Philadelphia County, Pennsylvania</u>  *Matthew B. Weisberg*\*^
1500 Walnut St., Ste. 1100  Graham F. Baird^
Philadelphia, PA 19102  Robert P. Cocco~+

\*NJ & PA Office Manager
<u>Camden County, New Jersey</u>  ^Licensed in PA & NJ
Two Aquarium Dr., Ste. 200  ~Licensed in PA
Camden, NJ 08103  +Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: MWEISBERG@WEISBERGLAWOFFICES.COM

*Thursday, April 15, 2010*

Roger F. Taft, Esq.
MacDonald Illig Jones & Britton LLP
100 State Street – Suite 700
Erie, PA 16507-1459

     RE:    <u>Estate of Judith Lubeck-Doherty</u>

Dear Mr. Taft:

    Kindly find enclosed the Last Will and Testament of Judith Lubeck-Doherty.

    Thank you.

                       Sincerely,

                       MATTHEW B. WEISBERG

MBW/hcm
Enclosures