UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

STEPHEN DOHERTY, individually & as
P/N/G of JACOB DOHERTY, & as
Executor/personal representative of the : CIVIL ACTION NO. 11-1513
Estate of Judith Lubeck-Doherty

v.

FIRST COLONY LIFE
INSURANCE COMPANY
   and
GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY
   and
GREAT AMERICAN LIFE
INSURANCE COMPANY
   and
GLEN R. GOLISH
   and
GOLISH FINANCIAL GROUP, LLC
   and
JOSHUA LUBECK

### DEFENDANT, JOSHUA LUBECK'S RESPONSE TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

### MEMORANDUM OF LAW

I. Defendant repeats and re-states the facts in its Memorandum of Law filed in this matter and its Motion to Dismiss.

Plaintiff, in its argument at page six (6) of its Motion plaintiff cites the same case of **Helicopteros Nacionales de Colombia**, S.A. v. Hall, 466 U.S. 408, 414 N. 8, 104 S. Ct. at 1872 that defendant cites, however, defendant misquotes and provides the court with a misstatement of the law. The correct State of the Law is as follows: "In order to count for specific jurisdiction purposes the **cause of action** must **arise** out of or relate to defendant's contacts with the forum". Aircraft Guarantee Corp. v. Strato Lift Inc., 974 F. Supp. 468 (E.D. PA 1997) at 472 quoting Helicopteros.

II. **Conclusion**

This Honorable Court should dismiss Plaintiff's Complaint.

            _____
            JEFFREY R. SOLAR, ESQUIRE
            Attorney for Defendant,
            Joshua Lubeck
            By: Jeffrey R. Solar, Esquire
            Attorney I.D. No. 43840
            349 Bustleton Pike, Front Building
            Feasterville, PA 19053
            (215) 354-0501

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

STEPHEN DOHERTY, individually & as  :
P/N/G of JACOB DOHERTY, & as        :
executor/personal representative of the :
Estate of Judith Lubeck-Doherty     :
                                    :   CIVIL ACTION NO.: 11-1513
       v.                           :
                                    :
FIRST COLONY LIFE                   :
INSURANCE COMPANY                   :
       and                          :
                                    :
GENWORTH LIFE and ANNUITY           :
INSURANCE COMPANY                   :
       and                          :
GREAT AMERICAN LIFE                 :
INSURANCE COMPANY                   :
       and                          :
GLEN R. GOLISH                      :
       and                          :
GOLISH FINANCIAL GROUP, LLC         :
       and                          :
JOSHUA LUBECK                       :

## ORDER

This cause came to be heard upon the motion of Jeffrey R. Solar, Esquire, attorney for defendant, Joshua Lubeck, to dismiss this action for lack of jurisdiction of the person of the defendant.

It is hereby **ORDERED** that the motion be and is hereby **SUSTAINED** and that this action be and is hereby dismissed for lack of jurisdiction of the person of the defendant.

Dated this          day of              , 2011

                                        Enter:

                                        _____
                                        United States District Judge

      I, Jeffrey R. Solar, Esquire, counsel for Defendant, Joshua Lubeck, hereby certify that I filed the foregoing Defendant's Response to Plaintiff's Response to Defendant's Motion to Dismiss with Memorandum of Law and that all parties have been served via ECF email.

Dated: June 20, 2011                <u>/s/ Jeffrey R. Solar, Esquire</u>